IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROXANN HUNTER,

       Plaintiff,

v.

WALMART INC.,

       Defendant.

Case No. 3:24-CV-02553-SPM

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS ORDERED AND ADJUDGED** that, pursuant to the Order entered on March 6, 2025 (Doc. 18), this action is **DISMISSED with prejudice**.

    **DATED:  March 6, 2025**

                                     MONICA A. STUMP,
                                     Clerk of Court

                                   By:  s/ *Jackie Muckensturm*
                                           Deputy Clerk

   APPROVED: s/ *Stephen P. McGlynn*
                 STEPHEN P. McGLYNN
                 U.S. District Judge